Certificate Number: 17082-PAM-DE-036999724

Bankruptcy Case Number: 19-05170



17082-PAM-DE-036999724

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>November 26, 2022</u>, at <u>12:23</u> o'clock <u>AM MST</u>, <u>JERRY B WALKER</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

| | | | |
|---|---|---|---|
| Date: | <u>November 26, 2022</u> | By: | <u>/s/Orsolya K Lazar</u> |
| | | Name: | <u>Orsolya K Lazar</u> |
| | | Title: | <u>Executive Director</u> |