United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Jerry B Walker  
    Debtor

Case No. 19-05170-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Dec 15, 2022      Form ID: 3180W      Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jerry B Walker, 32 Poole Street, Pittston Township, PA 18640-3435 |
| 5278238 | + | Capital One Cabelas, PO Box 3021, Salt Lake City UT 84110-3021 |
| 5278240 | + | Commuity Bank NA, 3152 NYS RTE 417, Olean NY 14760-1844 |
| 5289999 | + | Community Bank, N.A., P.O. Box 509, Canton, NY 13617-0509 |
| 5278241 | + | Fedloan Servicing, PO Box 60610, Harrisburg PA 17106-0610 |
| 5293287 | | Geisinger Wyoming Valley Med. Ctr., 100 East Mountain Blvd., Wilkes-Barre, PA 18702 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Dec 15 2022 23:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5278236 | | EDI: BANKAMER.COM | Dec 15 2022 23:53:00 | Bank of America, PO Box 982238, El Paso TX 79998-2238 |
| 5278235 | + | EDI: BANKAMER.COM | Dec 15 2022 23:53:00 | Bank of America, 4909 Savarese Circle, FL 1-908-01-47, Tampa, FL 33634-2413 |
| 5293903 | + | EDI: BANKAMER2.COM | Dec 15 2022 23:53:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5300566 | | EDI: BANKAMER.COM | Dec 15 2022 23:53:00 | Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 5298014 | + | EDI: RECOVERYCORP.COM | Dec 15 2022 23:53:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5278237 | + | EDI: CAPITALONE.COM | Dec 15 2022 23:53:00 | Capital One, PO Box 30281, Salt Lake City UT 84130-0281 |
| 5282822 | | EDI: CAPITALONE.COM | Dec 15 2022 23:53:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5278239 | + | Email/Text: bankruptcy@cavps.com | Dec 15 2022 18:50:00 | Cavalry Portfolio Svcs, 500 Summit Lake Dr, Ste 4A, Vallhalla, NY 10595-2323 |
| 5298580 | | EDI: CITICORP.COM | Dec 15 2022 23:53:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5278243 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 15 2022 18:50:00 | FNB Omaha, PO Box 3331, Omaha NE 68103 |
| 5278242 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 15 2022 18:50:00 | FNB Omaha, PO Box 3412, Omaha NE 68197 |
| 5298089 | | EDI: JEFFERSONCAP.COM | Dec 15 2022 23:53:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5278244 | | EDI: JPMORGANCHASE | Dec 15 2022 23:53:00 | JPMCB Card Services, PO Box 15369, |

| Recip ID | | Bypass/Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Wilmington DE 19850 |
| 5287831 | + | Email/Text: RASEBN@raslg.com | Dec 15 2022 18:50:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5278245 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 15 2022 18:50:00 | Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 5294449 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 15 2022 18:50:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5278246 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 15 2022 18:50:00 | Midland Funding LLC, 320 East Big Beaver, Troy MI 48083-1238 |
| 5278247 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 15 2022 18:50:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego CA 92108-2710 |
| 5293286 | | Email/Text: mmrgbk@miramedrg.com | Dec 15 2022 18:50:00 | MiraMed Revenue Group, LLC, PO Box 536, Linden, MI 48451-0536 |
| 5278249 | | EDI: PRA.COM | Dec 15 2022 23:53:00 | Portfolio Recovery Associates, 120 Corporate Blvd, Norfolk VA 23502 |
| 5278248 | | EDI: PRA.COM | Dec 15 2022 23:53:00 | Portfolio Recovery Associates, PO Box 12914, Norfolk VA 23541 |
| 5278250 | + | Email/Text: bankruptcynotices@psecu.com | Dec 15 2022 18:50:00 | PSECU, PO Box 67013, Harrisburg PA 17106-7013 |
| 5278254 | + | EDI: RMSC.COM | Dec 15 2022 23:53:00 | SYNCB/Lowes, PO Box 965005, Orlando FL 32896-5005 |
| 5278251 | + | EDI: SALLIEMAEBANK.COM | Dec 15 2022 23:53:00 | Sallie Mae, PO Box 3229, Wilmington DE 19804-0229 |
| 5278252 | | EDI: CITICORP.COM | Dec 15 2022 23:53:00 | Sears/CBNA, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 5278253 | + | EDI: CITICORP.COM | Dec 15 2022 23:53:00 | Sears/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 5279152 | + | EDI: RMSC.COM | Dec 15 2022 23:53:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5278255 | + | EDI: PRATHEBUR | Dec 15 2022 23:53:00 | The Bureaus, 650 Dundee Road, Suite 370, Northbrook IL 60062-2757 |
| 5278256 | + | EDI: CITICORP.COM | Dec 15 2022 23:53:00 | The Home Depot, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 5278257 | | EDI: CITICORP.COM | Dec 15 2022 23:53:00 | The Home Depot CBNA, PO Box 6497, Sioux Falls SD 57117-6497 |
| 5297036 | | EDI: AIS.COM | Dec 15 2022 23:53:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5300984 | | EDI: SALLIEMAEBANK.COM | Dec 15 2022 23:53:00 | sallie mae, PO Box 3319, Wimington, DE 19804-4319 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID** **Bypass Reason** **Name and Address**
5292835  *P++  PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2022      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| John Fisher | on behalf of Debtor 1 Jerry B Walker johnvfisher@yahoo.com  fisherlawoffice@yahoo.com |
| Thomas Song | on behalf of Creditor BANK OF AMERICA  N.A. tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jerry B Walker<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9465<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:19-bk-05170-MJC | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Jerry B Walker
    aka Jerry Brian Walker

12/15/22

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**