# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Jerry B. Walker

Case No.: 5-19-05170MJC

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | Bank of America |
| Court Claim Number: | 14 |
| Last Four of Loan Number: | 1512 |
| Property Address if applicable: | 30 Poole St, Pittston Townsip |

**PART 2: CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $.02 |
| b. | Prepetition arrearages paid by the trustee: | $.02 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $.02 |

**PART 3: POSTPETITION MORTGAGE PAYMENT**

Mortgage is paid directly by the debtor(s).

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: December 19, 2022            Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
email:  info@pamd13trustee.com

# Disbursements for Claim

**Case:** 19-05170    **JERRY B WALKER**

**BANK OF AMERICA**
PO BOX 660933

DALLAS, TX   75266-0933

**Acct No:** 30 Poole St - PRE-ARREARS -
ARREARS - 30 POOLE STREET

Sequence: 24
Modify:
Filed Date:
Hold Code:

|  |  | Debt: | $0.02 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|
| Amt Sched: | $44,331.00 |  |  | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: | $0.02 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | DisbDescrp |  |  |
| **5200** | **BANK OF AMERICA** |  |  |  |  |  |  |  |
| 520-0 | BANK OF AMERICA |  | 03/16/2022 | 2010282 | $0.02 | $0.00 | $0.02 | 03/22/2022 |
|  |  |  | Sub-totals: |  | $0.02 | $0.00 | $0.02 |  |
|  |  |  | Grand Total: |  | $0.02 | $0.00 |  |  |

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   Jerry B. Walker                              CHAPTER 13
                    Debtor(s)
                                                      CASE NO: 5-19-05170 MJC

## **CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on December 19, 2022, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
John Fisher, Esq
126 South Main St
Pittston PA 18640

**Served by First Class Mail**
Bank of America
PO Box 31785
Tampa FL 33631-3785

Jerry B. Walker
32 Poole St Pittston
Township PA 18640

I certify under penalty of perjury that the foregoing is true and correct.

Date:  December 19, 2022            /s/  Liz Joyce
                                    Office of the Standing Chapter 13 Trustee
                                    Jack N. Zaharopoulos
                                    Suite A, 8125 Adams Dr.
                                    Hummelstown, PA  17036
                                    Phone:  (717) 566-6097
                                    email: info@pamd13trustee.com